UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RICO TURNER, 2308044,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA,<br><br>Respondent. | Case No.  24-cv-02900-CRB  (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

On May 14, 2024, the clerk filed as a new habeas corpus action petitioner's "Motion to Appeal Judgment of the Supreme Court [of California.]" ECF No. 1. The court notified petitioner in writing at that time that the action was deficient because petitioner did not use the court-approved petition for a writ of habeas corpus form or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 42 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions (see ECF No. 2) as moot.

**IT IS SO ORDERED**.

Dated:  June 27, 2024

_____
CHARLES R. BREYER
United States District Judge